

United States District Court
for the District of Columbia
Washington, D.C. 20001

Chambers of
Henry H. Kennedy, Jr.
United States District Judge

August 15, 2007

Ortrie D. Smith
Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED 2007 AUG 21 A 10: 38 FINANCIAL DISCLOSURE OFFICE

Re: Calendar Year 2006 Filing

Dear Judge Smith:

I write in response to your letter dated August 1, 2007, which, among other things, brings to my attention two paragraphs of my 2006 Annual Financial Disclosure Report to which my response is required. My response is as follows:

1). With respect to Part VII, page 4, lines 8 and 9, for "Van Wagoner Tech Mutual Fund" and "Celera (common)," I wish to amend my disclosure report to indicate that I received no income from either of these assets during the reporting period. Therefore, the word "none" should appear in Column B(2) under "Type" for both assets and Column B(1) under "Amount" for both items is properly blank.

2.) With respect to Part VII, page 3, lines 10 -18, I believe that you are mistaken when you report that my prior report lists various assets. There is an anomaly in my prior report in that lines 10 through 18 are blank and do not list any assets. A listing of reportable assets for some reason stops at line "9" and resumes with line "19."

I hope this is a satisfactory response to your inquiry.

Sincerely,

Henry H. Kennedy, Jr.
Untied States District Judge

| AO 10 | FINANCIAL DISCLOSURE REPORT | *Report Required by the Ethics* |
| Rev. 1/2007 | FOR CALENDAR YEAR 2006 | *in Government Act of 1978* |
| | | *(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KENNEDY, Henry H | USDC DC | 05/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final | 01/01/2006<br>to<br>12/31/2006 |
| | 5b.   ☐   Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Prettyman Courthouse<br>Chambers 6903<br>Washington, DC 20001 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 18 A 11: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KENNEDY, Henry H | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/2007 | Bell Haven Country Club, Tennis Tournament prize money | $ 500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Ashcraft and Gerel - salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The New York Intellectual Property Law Associaiton | New York, NY, March 24, 2006, dinner in honor of Judiciary (transportation and lodging) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KENNEDY, Henry H | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Twenty Mutual Fund | B | Dividend | M | T | sell (part) | 8/11 | L | C | |
| 2. Pepco Stock | A | Dividend | J | T | | | | | |
| 3. Citibank Bank Accounts ▉ | B | Interest | J | T | | | | | |
| 4. Bank of America Bank Account | | Interest | J | T | | | | | |
| 5. Antioch Credit Union Account | A | Interest | J | T | | | | | |
| 6. Lucent Stock (common) | | None | J | T | | | | | |
| 7. Fidelity Money Market Account | A | Interest | J | T | | | | | |
| 8. Van Wagoner Tech Mutual Fund | | | | | sell | 8/11 | J | A | |
| 9. Celera (common) | | | | | sell | 8/11 | J | A | |
| 10. Bigchange Network (preferred) | | None | J | W | | | | | |
| 11. Brandes Investment Partners (widely held investment fund) | C | Dividend | M | T | | | | | |
| 12. E.I. Dupont (common) | A | Dividend | J | T | | | | | |
| 13. Hewlett Packard (common) | A | Dividend | J | T | | | | | |
| 14. Avaya (common) | | None | J | T | | | | | |
| 15. Lockwood Financial Services Account | A | Interest | J | T | | | | | |
| 16. Agere Systems (common) | | None | J | T | | | | | |
| 17. Travelers | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KENNEDY, Henry H | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/14/07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544